| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 25-34655 (CML) |
|---|---|---|---|
| | Debtor | In Re: | TPI COMPOSITES, INC., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mark E. Dendinger<br>BRACEWELL LLP<br>31 W. 52nd Street, Ste 1900<br>New York, NY 10019<br>(212) 508-6141<br>mark.dendinger@bracewell.com<br>Licensed:  CT 428432; NY 5168190 |
|---|---|

| Name of party applicant seeks to appear for: | Oaktree Capital Management L.P. and affiliated funds and entities |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:  8/12/2025 | Signed:   /s/ Mark E. Dendinger |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

**Order**     **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States Bankruptcy Judge