UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-34655 |
|---|---|---|---|
| Debtor | | In Re: TPI Composites, Inc., et al. | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Debra A. Dandeneau<br>Baker & McKenzie LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>Tel: 212 626 4100 - debra.dandeneau@bakermckenzie.com<br>Licensed: New York Bar #2152759<br>Federal Bar: Southern District of New York, #DD8235 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | GE Vernova, Inc., GE Renewables North America, LLC, and LM Wind Power A/S |

Has applicant been sanctioned by any bar association or court? Yes ________ No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 8/12/2025 | Signed: /s/ Debra A. Dandeneau |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature: |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ____________________________

____________________________________________
United States Bankruptcy Judge