UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re* | Chapter 11 |
| TPI COMPOSITES, INC., *et al.,* | Case No. 25-34655 (CML) |
| Debtors.[1] | (Jointly Administered) |

_____ /

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 3017, 4001, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), Debra A. Dandeneau and Courtney Giles of Baker & McKenzie LLP hereby appear in the above-captioned chapter 11 cases (the "***Chapter 11 Cases***") on behalf of GE Vernova, Inc., GE Renewables North America, LLC, and LM Wind Power A/S (collectively, "***GE Vernova***"), and request that copies of all notices, pleadings, and other filings in the Chapter 11 Cases be given and served upon them at the following addresses:

> Debra A. Dandeneau (*pro hac vice* pending)
> BAKER & MCKENZIE LLP
> 452 Fifth Avenue
> New York, NY 10018
> Tel: 212-626-4100
> Fax: 212-310-1600
> Email: debra.dandeneau@bakermckenzie.com
>
> Courtney Giles
> BAKER & MCKENZIE LLP
> Bank of America Tower
> 800 Capitol Street, Suite 2100
> Houston, TX 77002
> Tel: 713-427-5000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: TPI Texas, LLC (4000), TPI Composites, Inc. (0775), TPI International, LLC (9537), TPI Turkey, LLC (2552), TPI APAC, LLC (8038), TPI APAC II, Inc. (3515), TPI Turkey II, LLC (2551), TPI Turkey Izbas, LLC (0185), TPI Composites Services, LLC (4547), TPI Mexico, LLC (0745), TPI Mexico II, LLC (8269), TPI Mexico III, LLC (7315), TPI Mexico IV, LLC (1231), TPI Mexico V, LLC (5628), TPI Mexico VI, LLC (7260), Ponto Alto Holdings, LLC (0322), TPI Arizona, LLC (9641), TPI Iowa, LLC (2887), TPI Iowa II, LLC (4175), Composite Solutions, Inc. (1486), TPI Holdings Mexico, LLC (1936), and TPI Technology, Inc. (2727). The Debtors' mailing address is 9200 E. Pima Center Parkway, Suite 250, Scottsdale, AZ 85258.

Fax: 713-427-5099
Email: courtney.giles@bakermckenzie.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes all notices and papers referred to in the Bankruptcy Rules specified above and additionally includes, without limitation, any notice, application, complaint, demand, hearing, motion, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither the filing of this *Notice of Appearance and Request for Notice* nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, or any other writing or conduct shall be deemed to constitute a waiver of any substantive or procedural right of GE Vernova, including, without limitation, (i) the right to have any and all final orders in any and all non-core matters entered only after *de novo* review by the United States District Court for the Southern District of Texas (the "**District Court**"), (ii) the right to trial by jury in any case, controversy, or proceeding related to the Chapter 11 Cases, (iii) the right to have the reference withdrawn by the District Court in any matter or proceeding in the Chapter 11 Cases subject to mandatory or discretionary withdrawal, (iv) the right to contest the jurisdiction of this Court over GE Vernova, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which GE Vernova may be entitled under any agreements or at law or in equity or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys further request that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in this case.

2

Respectfully submitted this 13th day of August, 2025.

*/s/ Courtney Giles*
Debra A. Dandeneau (*pro hac vice* pending)
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Tel: 212 626 4100
Fax: 212 310 1600
Email: debra.dandeneau@bakermckenzie.com

Courtney Giles
BAKER & MCKENZIE LLP
Bank of America Tower
800 Capitol Street, Suite 2100
Houston, TX 77002
Tel: 713-427-5000
Fax: 713-427-5099
Email: courtney.giles@bakermckenzie.com

*Counsel to GE Vernova, Inc., GE Renewables North America, LLC, and LM Wind Power A/S*

## CERTIFICATE OF SERVICE

I certify that on August 13, 2025, a true and correct copy of the above and foregoing document was served via electronic email through the Court's CM/ECF system to the parties that have requested or consented to such service.

*/s/ Courtney Giles*
Courtney Giles
