IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| TPI COMPOSITES, INC., *et al.*, | § § | Case No. 25-34655 (CML) |
| Debtors.[1] | § § § § | (Jointly Administered) |

### NOTICE OF FILING OF DEMONSTRATIVE TO BE USED BY DEBTORS AT AUGUST 13, 2025 HEARING AT 10:00 AM (CENTRAL TIME)

**PLEASE TAKE NOTICE** that on August 11, 2025, TPI Composites, Inc. and certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Debtors**"), each commenced with the Court a voluntary case under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a telephonic and video hearing (the "**Hearing**") to consider the Debtors' request for relief on August 13, 2025 at 10:00 a.m. (Central Time).

**PLEASE TAKE FURTHER NOTICE** that the Debtors' undersigned counsel will present a PowerPoint demonstrative, attached hereto as **Exhibit A**, to the Court and other interested parties at the Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: TPI Texas, LLC (4000), TPI Composites, Inc. (0775), TPI International, LLC (9537), TPI Turkey, LLC (2552), TPI APAC, LLC (8038), TPI APAC II, Inc. (3515), TPI Turkey II, LLC (2551), TPI Turkey Izbas, LLC (0185), TPI Composites Services, LLC (4547), TPI Mexico, LLC (0745), TPI Mexico II, LLC (8269), TPI Mexico III, LLC (7315), TPI Mexico IV, LLC (1231), TPI Mexico V, LLC (5628), TPI Mexico VI, LLC (7260), Ponto Alto Holdings, LLC (0322), TPI Arizona, LLC (9641), TPI Iowa, LLC (2887), TPI Iowa II, LLC (4175), Composite Solutions, Inc. (1486), TPI Holdings Mexico, LLC (1936), and TPI Technology, Inc. (2727). The Debtors' mailing address is 9200 E. Pima Center Parkway, Suite 250, Scottsdale, AZ 85258.

Dated: August 13, 2025
     Houston, Texas

Respectfully submitted,

*/s/ Gabriel A. Morgan*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   Gabriel.Morgan@weil.com
           Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (*pro hac vice* pending)
Lauren Tauro (*pro hac vice* pending)
Ryan C. Rolston (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Matt.Barr@weil.com
           Lauren.Tauro@weil.com
           Ryan.Rolston@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

## Certificate of Service

I hereby certify that on August 13, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Gabriel A. Morgan*
                                                  Gabriel A. Morgan

## Exhibit A

**Powerpoint Demonstrative**

# TPI Composites, Inc.

## First Day Hearing Presentation
August 13, 2025



# Background: TPI Composites

## Overview

- TPI Composites, Inc., together with its subsidiaries, is a leading independent manufacturer of composite wind blades for wind turbine OEMs

    - Largest independent manufacturer of composite wind blades in North America

- TPI has previously manufactured high-quality wind blades for all of the top five global onshore wind turbine OEMs based outside of China

- Public company, traded on NASDAQ

- HQ in Scottsdale, AZ

    - Debtors employ **900+** people
    - Company employs **13,000+** people





2

# Background: TPI Composites




# Background: Directors & Officers

| TPI Composites, Inc.'s Board of Directors | |
|---|---|
| Steven C. Lockard | Director and Chairman of the Board |
| Paul G. Giovacchini | Lead Independent Director |
| Bavan Holloway | Director |
| James A. Hughes | Director |
| Jayshree Desai | Director |
| Michael "TJ" Jordan | Director |
| William E. Siwek | President and CEO, Director |
| Neal Goldman | Director |
| Timothy Pohl | Director |

| TPI Composites, Inc.'s Senior Management Team | |
|---|---|
| William E. Siwek | President and Chief Executive Officer |
| Ryan Miller | Chief Financial Officer |
| Chuck Stroo | Chief Operating Officer |
| Steven Fishbach | General Counsel |

Note: Indicates Transaction Committee Member

4

# Background: Capital Structure

| | Facility | Maturity | Approximate Amount Outstanding as of Petition Date[1] |
|---|---|---|---|
| **Secured Debt** | 11% Senior Secured Term Loan Due 2027 | 2027 | $472 million |
| **Unsecured Debt** | 5.25% Convertible Notes Due 2028 | 2028 | $135 million |
| **Total Debt:** | | | $607 million |

(1) Includes interest accrued through August 11, 2025

5

# Background: Organizational Chart





# Background: Certain Key Parties

| | Advisors |
|---|---|
| **Debtors** | • Weil, Gotshal & Manges (Proposed Counsel)<br>• Alvarez & Marsal (Proposed Financial Advisor)<br>• Jefferies (Proposed Investment Banker) |
| **Senior Secured Lenders** | • Sullivan & Cromwell (Counsel)<br>• Bracewell (Counsel)<br>• Moelis (Financial Advisor and Investment Banker) |
| **Ad Hoc Group of Convertible Noteholders** | • Paul, Weiss, Rifkind, Wharton & Garrison (Counsel)<br>• Porter Hedges (Counsel) |
| **GE Vernova** | • Baker McKenzie (Counsel) |
| **Vestas Wind** | |



7

# Circumstances Leading to These Chapter 11 Cases

## Overview

- **Inflationary Market Environment**

- **International Competition**

- **Uncertain (and Unfavorable) Renewable Energy Policy**

- **Unexpected Operational Delays**

- **Financial Liquidity Pressures**



8

# Path Forward: Postpetition Financing

## Overview

- Senior Secured Lenders agreed to provide the Debtors with consensual use of cash collateral and a superpriority, senior-secured priming debtor-in-possession delayed draw term loan facility

- ~**$50 million** of cash collateral

- Up to **$27.5 million** of new money loans
  - **$7.5 million** initial draw (interim order; no conditions to draw)
  - **$20.0 million** second draw (final order; subject to certain conditions to draw)
    - Binding agreements with GE Vernova and Vestas Wind
    - Chapter 11 plan acceptable to DIP Lenders

- **Provides the Debtors with liquidity necessary to:**
  - Stabilize the business
  - Negotiate with customers on key terms of go-forward supply agreements
  - Negotiate and propose chapter 11 plan
  - Maximize going-concern value of the Debtors' estates



9

# Illustrative Chapter 11 Timeline*



* Milestones as provided under the DIP Facility. Dates remain subject to approval and availability of the Bankruptcy Court