IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

――――――――――――――――――――――――x
: Chapter 11
In re :
:
: Case No. 25-34655 (CML)
TPI COMPOSITES, INC., *et al.*,[1] :
: (Joint Administration Pending)
Debtors. :
:
――――――――――――――――――――――――x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Brown Rudnick LLP hereby appear as counsel to Dere Construction Taahut A.S ("Dere") in the above-captioned chapter 11 case pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders or other documents served, required to be served, filed or entered in these cases be delivered and served upon the undersigned attorneys at the following address, telephone and facsimile numbers and email addresses, and further requests to be added to the master service list established in this case:

Adam Schiffer
609 Main Street Suite 3550
Houston, Texas 77002
Telephone: (281) 815-0511
Facsimile: (281) 605-5699
Email: aschiffer @brownrudnick.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: TPI Texas, LLC (4000), TPI Composites, Inc. (0775), TPI International, LLC (9537), TPI Turkey, LLC (2552), TPI APAC, LLC (8038), TPI APAC II, Inc. (3515), TPI Turkey II, LLC (2551), TPI Turkey Izbas, LLC (0185), TPI Composites Services, LLC (4547), TPI Mexico, LLC (0745), TPI Mexico II, LLC (8269), TPI Mexico III, LLC (7315), TPI Mexico IV, LLC (1231), TPI Mexico V, LLC (5628), TPI Mexico VI, LLC (7260), Ponto Alto Holdings, LLC (0322), TPI Arizona, LLC (9641), TPI Iowa, LLC (2887), TPI Iowa II, LLC (4175), Composite Solutions, Inc. (1486), TPI Holdings Mexico, LLC (1936), and TPI Technology, Inc. (2727). The Debtors' mailing address is 9200 E. Pima Center Parkway, Suite 250, Scottsdale, AZ 85258.

Kenneth J Aulet (*pro hac vice* pending)
Brown Rudnick LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 409-4801
Email: kaulet@brownrudnick.com

-and-

Tristan G. Axelrod (*pro hac vice* pending)
One Financial Center
Boston MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: taxelrod@brownrudnick.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be consent of Dere to jurisdiction of the Bankruptcy Court or venue in the Southern District of Texas, nor to be a waiver of any of the rights of Dere including, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) the right to enforce any contractual provision with respect to arbitration or (v) any other rights, claims, actions, defenses, set-offs or

recoupments to which Dere is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments of Dere are expressly reserved.

| | |
|---|---|
| Dated:  August 13, 2025<br>            Houston, Texas | Respectfully submitted,<br><br>**BROWN RUDNICK LLP**<br><br>By:  /s/ *Adam Schiffer*<br>Adam Schiffer<br>609 Main Street Suite 3550<br>Houston, Texas 77002<br>Telephone: (281) 815-0511<br>Facsimile : (281) 605-5699<br>Email: aschiffer @brownrudnick.com<br><br>-and-<br><br>Kenneth J Aulet (*pro hac vice* pending)<br>Brown Rudnick LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 409-4801<br>Email: kaulet@brownrudnick.com<br><br>-and-<br><br>Tristan G. Axelrod (*pro hac vice* pending)<br>One Financial Center<br>Boston MA 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>Email: taxelrod@brownrudnick.com<br><br>*Counsel for Dere Construction Taahut A.S* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on August 13, 2025.

                                                */s/ Adam Schiffer*
                                                Adam Schiffer