Electronic Appearance Sheet

Alissa Piccione, Reed Smith LLP
Client(s): Vestas Wind Systems A/S

Kenneth Aulet, Brown Rudnick LLP
Client(s): Dere Construction Taahut A.S

Raymond Semple, Aurora Energy Services
Client(s): Debtor

Debra Dandeneau, Baker & McKenzie LLP
Client(s): GE Vernova, Inc., GE Renewables North America, LLC, and LM Wind Power A/S

Jonathan Sundheimer, Barnes & Thornburg LLP
Client(s): Nordex Energy

Courtney Giles, Baker & McKenzie LLP
Client(s): GE Vernova, Inc., GE Renewables North America, LLC, and LM Wind Power A/S

Barek Williams, Se
Client(s): .

Katharina Earle, Gibbons P.C.
Client(s): Interested Party

Benjamin Beller, Sullivan & Cromwell LLP
Client(s): Oaktree Capital Management L.P. and Affiliated Funds and Entities

Lauren Tauro, Weil, Gotshal & Manges LLP
Client(s): TPI Composites, Inc. et al.

Gabriel Morgan, Weil, Gotshal & Manges LLP
Client(s): TPI Composites, Inc.

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): TPI Composites, Inc.

Matt Barr, Weil, Gotshal & Manges LLP
Client(s): TPI Composites, Inc.

Ashley Anglade, Weil, Gotshal & Manges LLP
Client(s): TPI Composites, Inc.

Ryan Rolston, Weil, Gotshal & Manges LLP
Client(s): TPI Composites, Inc.

Joe Sullivan, Weil, Gotshal & Manges LLP
Client(s): TPI Composites, Inc.

Electronic Appearance Sheet

Alissa Piccione, Reed Smith LLP
Client(s): Vestas Wind Systems A/S

William Siwek, Pro Se, None, Pro Se
Client(s): President and CEO of TPI Composites, Inc.

Brian Cejka, Pro Se, None, Pro Se
Client(s): Managing Director of Alvarez & Marsal, LLC

Michael O'Hara, Pro Se, None, Pro Se
Client(s): Managing Director of Jefferies LLC

Sayre Powers, Weil, Gotshal & Manges LLP
Client(s): TPI Composites, Inc.

Emma Wheeler, Weil, Gotshal & Manges LLP
Client(s): TPI Composites, Inc.

Kieran Graulich, Weil, Gotshal & Manges LLP
Client(s): TPI Composites, Inc.

Jayson Ruff, US DOJ
Client(s): US Trustee