**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **TPI COMPOSITES, INC.,** *et al.*, | § | **Case No. 25-34655 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES,**
**AND DEMAND FOR SERVICE OF PAPERS**

  **PLEASE TAKE NOTICE** that Reed Smith LLP appearing on behalf of Vestas Wind Systems A/S and its affiliates ("*Vestas*") hereby submits this *Notice of Appearance* in the above-captioned case and respectfully requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including, without limitation, all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and Section 342 of the Bankruptcy Code. All notices given or required to be given in this case shall be served upon Vestas as follows:

Alissa K. Piccione
**Reed Smith LLP**
599 Lexington Avenue
New York, New York 10022
Telephone: 212.521.5400
Fax: 212.521.5450
Email: apiccione@reedsmith.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: TPI Texas, LLC (4000), TPI Composites, Inc. (0775), TPI International, LLC (9537), TPI Turkey, LLC (2552), TPI APAC, LLC (8038), TPI APAC II, Inc. (3515), TPI Turkey II, LLC (2551), TPI Turkey Izbas, LLC (0185), TPI Composites Services, LLC (4547), TPI Mexico, LLC (0745), TPI Mexico II, LLC (8269), TPI Mexico III, LLC (7315), TPI Mexico IV, LLC (1231), TPI Mexico V, LLC (5628), TPI Mexico VI, LLC (7260), Ponto Alto Holdings, LLC (0322), TPI Arizona, LLC (9641), TPI Iowa, LLC (2887), TPI Iowa II, LLC (4175), Composite Solutions, Inc. (1486), TPI Holdings Mexico, LLC (1936), and TPI Technology, Inc. (2727). The Debtors' mailing address is 9200 E. Pima Center Parkway, Suite 250, Scottsdale, AZ 85258.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any notice of fee applications, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether transmitted or conveyed by mail, electronic delivery, hand delivery, telephone, facsimile, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any adversary proceeding related thereto.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall neither constitute nor be deemed or construed as a waiver of rights (a) to have final orders in non-core matters entered only after de novo review by the United States District Court, (b) to trial by jury in any proceeding to which such right exists in this case or in any case, controversy, or proceeding related to this case, (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) to contest jurisdiction or appropriate venue in this case or in any related proceeding, or (e) with respect to any other rights, claims, actions, defenses, setoffs, or recoupments that Vestas has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Vestas hereby expressly reserves.

*[Remainder of page intentionally blank]*

Dated: August 14, 2025

Respectfully submitted,

By: */s/ Alissa K. Piccione*
Alissa K. Piccione (SBN 5330527)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 251-5400
Facsimile: (212) 251-5450
Email: apiccione@reedsmith.com

*Counsel for Vestas Wind Systems A/S
and its affiliates*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 14, 2025, a true and correct copy of the foregoing Notice of Appearance was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

*/s/ Alissa K. Piccione*
Alissa K. Piccione