IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-34655 (CML) |
| | § | |
| TPI COMPOSITES, INC., *et al.*,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES
ON BEHALF OF WESTLAKE EPOXY INC.**

**PLEASE TAKE NOTICE** that WESTLAKE EPOXY INC. ("**Westlake**"), a creditor and party-in-interest in this case, hereby appears pursuant to § 1109(b) of Title 11 of the United States Code ("**Bankruptcy Code**") and Rule 9010(b) of the Fed.R.Bankr.P. ("**Bankruptcy Rules**"), and files this *Notice of Appearance and Request for Service* requesting notice of all proceedings, and service of all notices herein, including all notices given pursuant to Bankruptcy Rules 2002, 3017, and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code.

In addition to any other form of notice, Westlake requests that all notices given in this case and in all proceedings arising in or related to this case be served upon its counsel at the following email addresses, and that the Bankruptcy Clerk add counsel's name to the electronic service matrix. **If electronic service is made, no paper service is requested or required.**

| Mark S. Finkelstein | Elizabeth D. (Lisa) Alvarado |
|---|---|
| SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C. | SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C. |
| 1923 Washington Ave., Suite 2341 | 1923 Washington Ave., Suite 2341 |
| Houston, Texas 77007 | Houston, Texas 77007 |
| T: 713.446.9804 | F: 713.752.0337 | T: 713.805.5241 | F: 713.752.0337 |
| Email: mfinkelstein@smfadlaw.com | Email: lalvarado@smfadlaw.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: TPI Texas, LLC (4000), TPI Composites, Inc. (0775), TPI International, LLC (9537), TPI Turkey, LLC (2552), TPI APAC, LLC (8038), TPI APAC II, Inc. (3515), TPI Turkey II, LLC (2551), TPI Turkey Izbas, LLC (0185), TPI Composites Services, LLC (4547), TPI Mexico, LLC (0745), TPI Mexico II, LLC (8269), TPI Mexico III, LLC (7315), TPI Dxicco IV, LLC (1231), TPI Mexico V, LLC (5628), TPI Mexico VI, LLC (7260), Ponto Alto Holdings, LLC (0322), TPI Arizona, LLC (9641), TPI Iowa, LLC (2887), TPI Iowa II, LLC (4175), Composite Solutions, Inc. (1486), TPI Holdings Mexico, LLC (1936), and TPI Technology, Inc. (2727). The Debtors' mailing address is 9200 E. Pima Center Parkway, Suite 250, Scottsdale, AZ 85258.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, if any, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, discovery request, deposition notice, and any other documents brought before this Court which otherwise affect or seek to affect this case, including all filings delivered to the Bankruptcy Court, the Clerk, any Trustee, or the United States Trustee (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings arising in or related thereto.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (i) the right to object and/or not consent to entry of final orders by a Bankruptcy Judge, and such consent should not be inferred if it is determined that the Bankruptcy Judge, absent such consent, cannot enter final orders or judgment consistent with Article III of the United States Constitution; (ii) the right to a trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[Signature on next page]

Dated August 14, 2025

Respectfully submitted,

/s/ *Mark S. Finkelstein*
Mark S. Finkelstein
Texas Bar No. 07015100 | S.D. Tex. No. 5543
Elizabeth D. (Lisa) Alvarado
Texas Bar No. 01125980 | S.D. Tex No. 10317
SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C.
1923 Washington Ave., Suite 2341
Houston, Texas 77007
T: 713.446.9804 | F: 713.752.0337
Email: mfinkelstein@smfadlaw.com
Email: lalvarado@smfadlaw.com

**Attorneys for Westlake Epoxy Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that, on August 14, 2025, I caused a true copy of the foregoing *Notice of Appearance and Request for Service of Notices on behalf of Westlake Epoxy Inc.* to be served via ECF on all parties-in-interest registered to receive electronic notice of filings in this case via this Court's ECF notification system.

/s/ *Mark S. Finkelstein*
Mark S. Finkelstein