IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| TPI COMPOSITES, INC., *et al.*, | : | CASE NO. 25-34655 (CML) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST
FOR ALL NOTICES AND PLEADINGS**

Please enter my appearance as attorney for U.S. Bank Trust Company, National Association, as Trustee, a party in interest, in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that she receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

> Kathleen M. LaManna, Esq.
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103-1919
> Telephone: (860) 251-5000
> Facsimile: (860) 251-5218
> klamanna@goodwin.com
> bankruptcy@goodwin.com
> bankruptcyparalegal@goodwin.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: TPI Texas, LLC (4000), TPI Composites, Inc. (0775), TPI International, LLC (9537), TPI Turkey, LLC (2552), TPI APAC, LLC (8038), TPI APAC II, Inc. (3515), TPI Turkey II, LLC (2551), TPI Turkey Izbas, LLC (0185), TPI Composites Services, LLC (4547), TPI Mexico, LLC (0745), TPI Mexico II, LLC (8269), TPI Mexico III, LLC (7315), TPI Mexico IV, LLC (1231), TPI Mexico V, LLC (5628), TPI Mexico VI, LLC (7260), Ponto Alto Holdings, LLC (0322), TPI Arizona, LLC (9641), TPI Iowa, LLC (2887), TPI Iowa II, LLC (4175), Composite Solutions, Inc. (1486), TPI Holdings Mexico, LLC (1936), and TPI Technology, Inc. (2727). The Debtors' mailing address is 9200 E. Pima Center Parkway, Suite 250, Scottsdale, AZ 85258.

SG-22590644.1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Hartford, Connecticut, this 15th day of August 2025.

> By: /s/ Kathleen M. LaManna
> Kathleen M. LaManna
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT  06103-1919
> Telephone: (860) 251-5000
> klamanna@goodwin.com
>
> *Counsel for U.S. Bank Trust Company, National Association, as Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kathleen M. LaManna<br>
Kathleen M. LaManna, Esq.

SG-22590644.1