IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| TPI COMPOSITES, INC., *et al.*, | § § | Case No. 25-34655 (CML) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket No. 27 |

**MASTER SERVICE LIST**
**(as of August 15, 2025)[2]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  TPI Texas, LLC (4000), TPI Composites, Inc. (0775), TPI International, LLC (9537), TPI Turkey, LLC (2552), TPI APAC, LLC (8038), TPI APAC II, Inc. (3515), TPI Turkey II, LLC (2551), TPI Turkey Izbas, LLC (0185), TPI Composites Services, LLC (4547), TPI Mexico, LLC (0745), TPI Mexico II, LLC (8269), TPI Mexico III, LLC (7315), TPI Mexico IV, LLC (1231), TPI Mexico V, LLC (5628), TPI Mexico VI, LLC (7260), Ponto Alto Holdings, LLC (0322), TPI Arizona, LLC (9641), TPI Iowa, LLC (2887), TPI Iowa II, LLC (4175), Composite Solutions, Inc. (1486), TPI Holdings Mexico, LLC (1936), and TPI Technology, Inc. (2727).  The Debtors' mailing address is 9200 E. Pima Center Parkway, Suite 250, Scottsdale, AZ 85258.

[2] The Master Service List in Excel and label formats are available on the Debtors' website at https://restructuring.ra.kroll.com/tpicomposites/ under "Master Service List."

## **Exhibit A**

**TPI Composites, Inc., *et al.***
Master Service List
Case No. 25-34655 (CML)

**TPI Composites, Inc., *et al.***
Master Service List
Case No. 25-34655 (CML)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | POLYTECH A/S | ATTN: WILLIAM TYLLSTROM, DIRECTOR BUSINESS DEVELOPMENT | INDUSTRIEVEJ 37 | | BRAMMING, DK-83 | | 6740 | DENMARK | +45 75 10 10 26 | WTY@POLYTECH.COM |
| COUNSEL TO AD HOC GROUP OF NOTEHOLDERS | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, MEGAN YOUNG-JOHN, JOANNA D. CAYTAS | 1000 MAIN STREET, 36TH FLOOR | | HOUSTON | TX | 77002 | | 713-226-6000 | 713-226-6248 | JHIGGINS@PORTERHEDGES.COM MYOUNG-JOHN@PORTERHEDGES.COM JCAYTAS@PORTERHEDGES.COM |
| PUERTO RICO ATTORNEY GENERAL | PUERTO RICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | PO BOX 9020192 | | SAN JUAN | PR | 00902-0192 | | 787-721-2900 | |
| COUNSEL TO VESTAS WIND SYSTEMS A/S AND ITS AFFILIATES | REED SMITH LLP | ATTN: ALISSA K. PICCIONE | 599 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | | 212-521-5400 | 212-521-5450 | APICCIONE@REEDSMITH.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | ATTN: PETER F. NERONHA | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903 | | | |
| TOP 30 UNSECURED CREDITOR | ROLLER BEARING COMPANY OF AMERICA | ATTN: MIKE HARTNETT, CHIEF EXECUTIVE OFFICER | 102 WILLENBROCK RD | | OXFORD | CT | 06478 | | 203-267-7001 | | MHARTNETT@RBCBEARINGS.COM |
| TOP 30 UNSECURED CREDITOR | SAERTEX LLC | ATTN: CHRISTIAN BECKMANN CHIEF EXECUTIVE OFFICER | 12200 MOUNT HOLLY HNTRSVLLE RD STE A | | HUNTERSVILLE | NC | 28078 | | 704-464-5998 | | C.BECKMANN@SAERTEX.COM |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F ST NE | | WASHINGTON | DC | 20549 | | 202-942-8088 | 202-772-9295 | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | ATTN: ERIC R. WERNER, REGIONAL DIRECTOR | BURNETT PLAZA | 801 CHERRY ST., STE. 1900 UNIT 18 | FORT WORTH | TX | 76102 | | 817-978-3821 | 817-978-3821 | DFW@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BROOKFIELD PLACE | 200 VESEY STREET STE 400 | NEW YORK | NY | 10281-1022 | | 212-336-1100 | | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| COUNSEL TO WESTLAKE EPOXY INC. | SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C. | ATTN: MARK S. FINKELSTEIN, ELIZABETH D. (LISA) ALVARADO | 1923 WASHINGTON AVE | SUITE 2341 | HOUSTON | TX | 77007 | | 713-446-9804 | 713-752-0337 | MFINKELSTEIN@SMFADLAW.COM LALVARADO@SMFADLAW.COM |
| TOP 30 UNSECURED CREDITOR | SIEMENS GAMESA RENEWABLE ENERGY | ATTN: MARC BECKER, SENIOR VICE PRESIDENT | 2597 HIGHWAY 61 | | FT MADISON | IA | 52627 | | 303-895-2010 | | MARC.BECKER@SIEMENSGAMESA.COM |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 501 WASHINGTON AVE. | P.O. BOX 300152 | MONTGOMERY | AL | 36130-0152 | | 334-242-7300 | | |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1031 W. 4TH AVENUE | SUITE 200 | ANCHORAGE | AK | 99501-1994 | | 907-269-5602 | | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004-2926 | | 602-542-5025 | 602-542-4085 | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 323 CENTER ST. | SUITE 200 | LITTLE ROCK | AR | 72201-2610 | | 501-682-2007 | 501-682-8084 | |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1300 "I" STREET | | SACRAMENTO | CA | 95814-2919 | | 916-445-9555 | 916-323-5341 | BANKRUPTCY@COAG.GOV |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 | | 720-508-6000 | 720-508-6030 | |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 165 CAPITOL AVENUE | | HARTFORD | CT | 06106 | | 860-808-5318 | 860-808-5387 | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | | 302-577-8338 | 302-577-6630 | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | THE CAPITOL, PL 01 | | TALLAHASSEE | FL | 32399-1050 | | 850-414-3300 | 850-488-4872 | |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 40 CAPITAL SQUARE, SW | | ATLANTA | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 425 QUEEN ST | | HONOLULU | HI | 96813 | | | | |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 700 W. JEFFERSON STREET, SUITE 210 | P.O. BOX 83720 | BOISE | ID | 83720-1000 | | 208-334-2400 | 208-854-8071 | |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | JAMES R. THOMPSON CTR. | 100 W. RANDOLPH ST. | CHICAGO | IL | 60601 | | 312-814-3000 | | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 302 W. WASHINGTON ST. | 5TH FLOOR | INDIANAPOLIS | IN | 46204 | | 317-232-6201 | | |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | INDIANA GOVERNMENT CENTER SOUTH | 302 W. WASHINGTON ST., 5TH FLOOR | INDIANAPOLIS | IN | 46204 | | 317-232-6201 | 317-232-7979 | INFO@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | HOOVER STATE OFFICE BLDG. | 1305 E. WALNUT STREET | DES MOINES | IA | 50319 | | 515-281-5164 | 515-281-4209 | WEBTEAM@AG.IOWA.GOV |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 120 SW 10TH AVE., 2ND FLOOR | | TOPEKA | KS | 66612-1597 | | 785-296-2215 | 785-296-6296 | |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 700 CAPITOL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601-3449 | | 502-696-5300 | 502-564-2894 | |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1885 NORTH THIRD STREET | P.O. BOX 94095 | BATON ROUGE | LA | 70804-4095 | | 225-326-6000 | 225-326-6499 | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE HOUSE STATION 6 | | AUGUSTA | ME | 04333-0000 | | 207-626-8800 | | KAITLYN.M.HUSAR@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202-2202 | | 410-576-6300 | | OAG@OAG.STATE.MD.US |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: JAMES M.C. MCHALE, ASSISTANT ATTORNEY GENERAL | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202 | | 410-576-6383 | | JMCHALE@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ONE ASHBURTON PLACE | | BOSTON | MA | 02108-1698 | | 617-727-2200 | | |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: CYNDI MARK, CHIEF | ONE ASHBURTON PLACE | | BOSTON | MA | 02108 | | 617-727-3465 | | |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | G. MENNEN WILLIAMS BUILDING, 7TH FLOOR | 525 W. OTTAWA ST., P.O. BOX 30212 | LANSING | MI | 48909-0212 | | 517-373-1110 | 517-373-3042 | MIAG@MICHIGAN.GOV |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | SUITE 102. STATE CAPITAL | 75 DR. MARTIN LUTHER KING JR. BLVD. | ST. PAUL | MN | 55155 | | 651-296-3353 | | |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 550 HIGH STREET | SUITE 1200 | JACKSON | MS | 39201 | | 601-359-3680 | | |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | SUPREME COURT BUILDING | 207 W. HIGH ST. | JEFFERSON CITY | MO | 65101 | | 573-751-3321 | 573-751-0774 | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | JUSTICE BLDG. | 215 N. SANDERS | HELENA | MT | 59620-1401 | | 406-444-2026 | 406-444-3549 | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 2115 STATE CAPITOL | P.O. BOX 98920 | LINCOLN | NE | 68509-8920 | | 402-471-2683 | 402-471-3297 | NEDOJ@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | OLD SUPREME CT. BLDG. | 100 N. CARSON ST. | CARSON CITY | NV | 89701 | | 775-684-1100 | 775-684-1108 | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1 GRANITE PLACE SOUTH | | CONCORD | NH | 03301 | | 603-271-3658 | 603-271-2110 | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF LNEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | RJ HUGHES JUSTICE COMPLEX | 25 MARKET STREET | TRENTON | NJ | 08625-0080 | | 609-292-4925 | 609-292-3508 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | P.O. DRAWER 1508 | | SANTA FE | NM | 87504-1508 | | 505-827-6000 | 505-827-5826 | |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DEPT. OF LAW | THE CAPITOL, 2ND FLOOR | ALBANY | NY | 12224-0341 | | 518-776-2000 | 866-413-1069 | |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DEPT. OF JUSTICE | P.O. BOX 629 | RALEIGH | NC | 27602-0629 | | 919-716-6400 | 919-716-6750 | |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE CAPITOL | 600 E BOULEVARD AVE DEPT 125 | BISMARCK | ND | 58505-0040 | | 701-328-2210 | 701-328-2226 | NDAG@ND.GOV |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE OFFICE TOWER | 30 E. BROAD ST., 14TH FLOOR | COLUMBUS | OH | 43266-0410 | | 800-282-0515 | | |

TPI Composites, Inc., et al.
Case No. 25-34655 (CML)

Page 2 of 3

TPI Composites, Inc., *et al.*
Master Service List
Case No. 25-34655 (CML)

| Description | Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 | | 405-521-3921 | 405-521-6246 | |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | JUSTICE BLDG. | 1162 COURT STREET NE | SALEM | OR | 97301 | | 503-378-4400 | 503-378-4017 | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | | 717-787-3391 | 717-787-8242 | |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903-0000 | | 401-274-4400 | | |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | REMBERT C. DENNIS OFFICE BLDG. | P.O. BOX 11549 | COLUMBIA | SC | 29211-1549 | | 803-734-3970 | | |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1302 EAST HIGHWAY 14 | SUITE 1 | PIERRE | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 425 5TH AVENUE NORTH | | NASHVILLE | TN | 37243 | | 615-741-3491 | 615-741-3334 | GINA.HANTEL@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 300 W. 15TH STREET | | AUSTIN | TX | 78701 | | 512-475-4868 | 512-475-2994 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CAPITOL STATION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | 512-475-4868 | 512-475-2994 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE CAPITOL, ROOM 236 | | SALT LAKE CITY | UT | 84114-0810 | | 801-538-9600 | 801-538-1121 | UAG@UTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 109 STATE ST. | | MONTPELIER | VT | 05609-1001 | | 802-828-3171 | 802-304-1014 | |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 202 NORTH NINTH STREET | | RICHMOND | VA | 23219 | | 804-786-2071 | 804-225-4378 | |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 | | 360-753-6200 | | |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE CAPITOL | 1900 KANAWHA BLVD., E. | CHARLESTON | WV | 25305 | | 304-558-2021 | 304-558-0140 | CONSUMER@WVAGO.GOV |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | WISCONSIN DEPARTMENT OF JUSTICE | STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857 | MADISON | WI | 53707-7857 | | 608-266-1221 | 608-267-2223 | |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 123 CAPITOL BUILDING | 200 W. 24TH STREET | CHEYENNE | WY | 82002 | | 307-777-7841 | 307-777-6869 | |
| COUNSEL TO OAKTREE CAPITAL MANAGEMENT L.P. AND AFFILIATED FUNDS AND ENTITIES | SULLIVAN & CROMWELL LLP | ATTN: ARI B. BLAUT, BENJAMIN S. BELLER | 125 BROAD STREET | | NEW YORK | NY | 10004 | | 212-558-4000 | 212-558-3588 | BLAUTA@SULLCROM.COM BELLERB@SULLCROM.COM |
| COUNSEL TO OAKTREE | SULLIVAN & CROMWELL LLP | ATTN: ARI B. BLAUT, ESQ., BENJAMIN S. BELLER, ESQ. | 125 BROAD STREET | | NEW YORK | NY | 10004-2498 | | | | BLAUTA@SULLCROM.COM BELLERB@SULLCROM.COM |
| TOP 30 UNSECURED CREDITOR | SUNWELL (JIANGSU) CARBON FIBER COMPOSITE CO., LTD. | ATTN: ROBERT TSAI CHAIRMAN | NO. 9 INDUSTRY SOUTH 6TH ROAD | | NANTOU CITY, TW-NAN | | 54066 | TAIWAN | +86 21 5774 6183 | | ROBERT@SWANCOR.COM |
| DEBTORS AND DEBTORS IN POSSESSION | TPI COMPOSITES, INC., ET AL. | ATTN: PRESIDENT OR GENERAL COUNSEL | 9200 E. PIMA CENTER PARKWAY | SUITE 250 | SCOTTSDALE | AZ | 85258 | | | | |
| U.S. ATTORNEY GENERAL FOR THE SOUTHERN DISTRICT OF TEXAS | U.S. ATTORNEY GENERAL FOR THE SOUTHERN DISTRICT OF TEXAS | ATTN: NICHOLAS J. GANJEI | 1000 LOUISIANA, STE. 2300 | | HOUSTON | TX | 77002 | | 713-567-9000 | 713-718-3300 | TXSPUBLICINQUIRY@USDOJ.GOV |
| TOP 30 UNSECURED CREDITOR | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ATTN: JOSHUA A. HAHN VICE PRESIDENT | 60 LIVINGSTON AVENUE | | SAINT PAUL | MN | 55107 | | 612-659-2000 | | JOSHUA.HAHN@USBANK.COM |
| COUNSEL TO TRUSTEE | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, CORPORATE TRUST OFFICE | ATTN: J. HAHN (TPI COMPOSITES INC.) | 60 LIVINGSTON AVE | | SAINT PAUL | MN | 55107 | | | | |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | | | | |
| TOP 30 UNSECURED CREDITOR | VESTAS MANUFACTURING | ATTN: TODD O'NEILL, CHIEF EXECUTIVE OFFICER | 11140 EASTMAN PARK DRIVE | | WINDSOR | CO | 80550 | | 503-327-2000 | | TONEILL@VESTAS.COM |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 400 6TH ST., NW. | | WASHINGTON | DC | 20001 | | 202-727-3400 | 202-347-8922 | OAG@DC.GOV |
| PROPOSED COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: GABRIEL A. MORGAN, CLIFFORD W. CARLSON | 700 LOUISIANA STREET | SUITE 3700 | HOUSTON | TX | 77002 | | 713-546-5000 | 713-224-9511 | GABRIEL.MORGAN@WEIL.COM CLIFFORD.CARLSON@WEIL.COM |
| PROPOSED COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: MATT BARR, LAUREN TAURO, RYAN C. ROLSTON | 767 FIFTH AVENUE | | NEW YORK | NY | 10153 | | 212-310-8000 | 212-310-8007 | MATT.BARR@WEIL.COM LAUREN.TAURO@WEIL.COM RYAN.ROLSTON@WEIL.COM |
| TOP 30 UNSECURED CREDITOR | WESTLAKE EPOXY INC | ATTN: JEAN-MARC GILSON, CHIEF EXECUTIVE OFFICER | 2801 POST OAK BLVD SUITE 600 | | HOUSTON | TX | 77056 | | 380-251-9900 | | JGILSON@WESTLAKE.COM |
| TOP 30 UNSECURED CREDITOR | ZHEJIANG ZHENSHI NEW MATERIALS CO LTD | ATTN: ANNA HUANG VICE CHAIRMAN | NO 1 GUANGYUN SOUTH ROAD | | TONGXIANG | | 314500 | CHINA | +86 13586493451 | | ANNA.HUANG@ZHENSHI.COM |
| TOP 30 UNSECURED CREDITOR | ZOLTEK CORPORATION | ATTN: DAVE PURCELL, CHIEF EXECUTIVE OFFICER | 3101 MCKELVEY RD | | BRIDGETON | MO | 63044 | | 314-291-5110 | | DAVID.PURCELL.A6@ZOLTEK.COM |