IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 25-34655 (CML) |
| TPI COMPOSITES, INC., *et al*., | (Jointly Administered) |
| Debtors. | |

**OBJECTION OF ROHLIG USA, LLC TO CURE AMOUNT IN DEBTORS' NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

Rohlig USA, LLC ("Rohlig"), by and through its undersigned attorneys, hereby objects to the proposed cure amount stated in the Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sales and Proposed Cure Amounts with Respect Thereto [Document 522] (the "Notice of Cure") filed by the debtors, TPI Composites, Inc., *et al*. (the "Debtors"). In support of the Objection, Rohlig represents as follows:

1. On December 12, 2025, the Debtors filed their Notice of Cure, listing a cure amount for Rohlig of $260,626 under a Statement of Work dated August 1, 2025 and a Master Services Agreement (MSA) dated August 1, 2025. *See* the Notice to Cure at Page 7.

2. The correct amount due to Rohlig by the Debtors to cure monetary defaults is $394,790.76 on account of pre-petition debt plus $32,723.54 on account of post-petition debt, as of January 29, 2026.

3. Rohlig reserves all rights to object to proposed assumption, assignment and/or rejection of the MSA or other alleged executory contracts between the Debtors and Rohlig; and, Rohlig reserves all rights to contest that the MSA or any other contracts or agreements for work

or otherwise between Rohlig and the Debtors are executory.

Dated: Woodcliff Lake, New Jersey
January 30, 2026

                               **PRICE MEESE SHULMAN & D'ARMINIO, P.C.**

By:        /s/ Rick A. Steinberg
            Rick A. Steinberg, admitted pro hac vice
            50  Tice Boulevard, Suite 380
            Woodcliff Lake, New Jersey 07677
            Tel. (201) 391-3737
            Fax (201) 391-9360
            Email: rsteinberg@pricemeese.com

Attorneys for Rohlig USA, LLC