United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 18, 2026
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-34655 |
| TPI COMPOSITES, INC., *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

### ORDER DENYING MOTION TO RECUSE AND/OR REASSIGN
(RE: ECF Nos. 185, 349)

The motions to recuse and/or reassign this case are denied for the reasons stated on the record at the February 18, 2026 hearing.

Signed on February 18, 2026

_____
Christopher Lopez
United States Bankruptcy Judge